**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
FLYBAR INC.,

                       Plaintiff,

          -against-

EXPRESS TRADE CAPITAL, INC., *et al.*,

                   Defendants.
------------------------------------------------------------------X

**25 Civ. No. 0618 (VSB) (GS)**

**VIDEO DISCOVERY**
**CONFERENCE ORDER**

**GARY STEIN, United States Magistrate Judge:**

      This action is scheduled for a Discovery Conference on **Tuesday, May 5, 2026 at 10:00 a.m.** to discuss the dispute over the Motion to Quash (*see* Dkt. Nos. 51–53).  Counsel are directed to appear for the conference via Microsoft Teams using the following link: Join the meeting now.  **[Meeting ID: 214 819 561 785 105]  [Passcode: cd6rX3VW]**

      **SO ORDERED.**

DATED:    New York, New York
            April 30, 2026

                          _____
                          The Honorable Gary Stein
                          United States Magistrate Judge