# Exhibit 1

**From:**    Aleksandra Lamontanaro, Esq. <ALamontanaro@oved.com>
**Sent:**    Tuesday, August 4, 2026 4:41 PM
**To:**    Lon Seidman <LS@lhmlawfirm.com>
**Cc:**    Andrew J. Urgenson, Esq. <andrew@oved.com>; Kendall Coniaris, Esq. <KConiaris@oved.com>; 'adement' <adement@pecklaw.com>; 'bwaller' <bwaller@pecklaw.com>; Rosa Lella <rl@lhmlawfirm.com>; Stephen Schweizer, Esq. <sschweizer@oved.com>
**Subject:**    RE: EXTERNAL: RE: EXTERNAL: RE: Flybar Inc. v. Express Trade Capital, Inc., 25-cv-618 (S.D.N.Y.)

Lon,

We do not consent to any extension of the discovery deadline. Our document production is more than substantially complete. While there has been some delay in text messages production, we anticipate making supplemental production in advance of the depositions.

Best,

**Aleksandra Lamontanaro, Esq.** | OVED & OVED LLP
401 Greenwich Street | New York NY 10013
V: 212.226.2376 x 214 | F: 212.226.7555
alamontanaro@oved.com | www.oved.com

---

**From:**    Lon Seidman <LS@lhmlawfirm.com>
**Sent:**    Monday, August 3, 2026 5:30 PM
**To:**    Aleksandra Lamontanaro, Esq. <ALamontanaro@oved.com>
**Cc:**    Andrew J. Urgenson, Esq. <andrew@oved.com>; Kendall Coniaris, Esq. <KConiaris@oved.com>; 'adement' <adement@pecklaw.com>; 'bwaller' <bwaller@pecklaw.com>; Rosa Lella <rl@lhmlawfirm.com>; Stephen Schweizer, Esq. <sschweizer@oved.com>
**Subject:**    RE: EXTERNAL: RE: Flybar Inc. v. Express Trade Capital, Inc., 25-cv-618 (S.D.N.Y.)

Dear Counsel,

Please reply promptly to let us know if you consent to the attached joint letter request to extend discovery by 45 days. We'd like to send this request to the Court tomorrow.

Regards,
Lon

**Lon Seidman, Esq., Partner**
LaMonica Herbst & Maniscalco, LLP
3305 Jerusalem Avenue
Wantagh, New York 11793

Tele. (516) 826-6500 x207 | Fx. (516) 826-0222
www.lhmlawfirm.com

---

**From:**     Lon Seidman <LS@lhmlawfirm.com>

**Sent:**     Monday, August 3, 2026 10:55 AM

**To:**     Aleksandra Lamontanaro, Esq. <ALamontanaro@oved.com>

**Cc:**     Andrew J. Urgenson, Esq. <andrew@oved.com>; Kendall Coniaris, Esq. <KConiaris@oved.com>; 'adement' <adement@pecklaw.com>; 'bwaller' <bwaller@pecklaw.com>; Rosa Lella <rl@lhmlawfirm.com>; Stephen Schweizer, Esq. <sschweizer@oved.com>

**Subject:**     RE: EXTERNAL: RE: Flybar Inc. v. Express Trade Capital, Inc., 25-cv-618 (S.D.N.Y.)

Counsel,

Following up on the messages below, please confirm that you'll be producing Plaintiff's responsive text messages and other ESI including emails from the custodians' personal email accounts today or tomorrow.

If you're unable to provide such confirmation today, please advise as to your availability for a call this afternoon.

Regards,
Lon

**Lon Seidman, Esq., Partner**
LaMonica Herbst & Maniscalco, LLP
3305 Jerusalem Avenue
Wantagh, New York 11793
Tele. (516) 826-6500 x207 | Fx. (516) 826-0222
www.lhmlawfirm.com