# Exhibit 2

**From:** Aleksandra Lamontanaro, Esq. <ALamontanaro@oved.com>

**Sent:** Tuesday, July 21, 2026 4:30 PM

**To:** Lon Seidman <LS@lhmlawfirm.com>

**Cc:** Andrew J. Urgenson, Esq. <andrew@oved.com>; Kendall Coniaris, Esq. <KConiaris@oved.com>; adement <adement@pecklaw.com>; bwaller <bwaller@pecklaw.com>; Rosa Lella <rl@lhmlawfirm.com>; Stephen Schweizer, Esq. <sschweizer@oved.com>

**Subject:** RE: EXTERNAL: RE: EXTERNAL: RE: EXTERNAL: RE: EXTERNAL: RE: Flybar Inc. v. Express Trade Capital, Inc., 25-cv-618 (S.D.N.Y.)

**Attachments:** ETC_00046441.pdf

It is ETC_00046441, attached.

Best,

**Aleksandra Lamontanaro, Esq.** | OVED & OVED LLP
401 Greenwich Street | New York NY 10013
V: 212.226.2376 x 214 | F: 212.226.7555
alamontanaro@oved.com | www.oved.com

---

**From:** Lon Seidman <LS@lhmlawfirm.com>

**Sent:** Tuesday, July 21, 2026 3:56 PM

**To:** Aleksandra Lamontanaro, Esq. <ALamontanaro@oved.com>

**Cc:** Andrew J. Urgenson, Esq. <andrew@oved.com>; Kendall Coniaris, Esq. <KConiaris@oved.com>; adement <adement@pecklaw.com>; bwaller <bwaller@pecklaw.com>; Rosa Lella <rl@lhmlawfirm.com>; Stephen Schweizer, Esq. <sschweizer@oved.com>

**Subject:** RE: EXTERNAL: RE: EXTERNAL: RE: EXTERNAL: RE: EXTERNAL: RE: Flybar Inc. v. Express Trade Capital, Inc., 25-cv-618 (S.D.N.Y.)

Aleksandra,

We're looking into the questions you raised below. Please send us a copy of the last document referenced in your email below (i.e., ETC_0004641). It appears you may have left a digit off the Bates Number.

Thanks.

Regards,
Lon

**Lon Seidman, Esq., Partner**
LaMonica Herbst & Maniscalco, LLP
3305 Jerusalem Avenue

Wantagh, New York 11793
Tele. (516) 826-6500 x207 | Fx. (516) 826-0222
www.lhmlawfirm.com

---

| | |
|---|---|
| **From:** | Aleksandra Lamontanaro, Esq. <ALamontanaro@oved.com> |
| **Sent:** | Tuesday, July 21, 2026 12:48 PM |
| **To:** | Lon Seidman <LS@lhmlawfirm.com> |
| **Cc:** | Andrew J. Urgenson, Esq. <andrew@oved.com>; Kendall Coniaris, Esq. <KConiaris@oved.com>; adement <adement@pecklaw.com>; bwaller <bwaller@pecklaw.com>; Rosa Lella <rl@lhmlawfirm.com>; Stephen Schweizer, Esq. <sschweizer@oved.com> |
| **Subject:** | RE: EXTERNAL: RE: EXTERNAL: RE: EXTERNAL: RE: Flybar Inc. v. Express Trade Capital, Inc., 25-cv-618 (S.D.N.Y.) |

Lon,

Concerning Defendants' supplemental privilege log, entry CTRL00058002 lists no recipient, entry CTRL00081277 contains no attorney, and entry CTRL00282747 lacks any subject line or description sufficient to assess the privilege claim. Please produce these documents or advise us of the basis for continuing to withhold them.

Additionally, please confirm by July 23 that Defendants will produce documents collected from personal email accounts of Drew Cohen, David Estrakh, and Peter Stern. As explained in our July 7 email, Defendants' production lacks any emails collected from Cohen and Estrakh's personal email accounts, even though the production itself confirms that Cohen and Estrakh used these accounts to communicate concerning the Surf 9 transaction (e.g., ETC_00015927). We requested production from Cohen and Estrakh's personal email accounts by July 14 but have not received a response. ETC's supplemental production further confirms the necessity of the requested production and demonstrates that Peter Stern's personal email account also contains relevant documents (e.g., ETC_0004641).

Best,

**Aleksandra Lamontanaro, Esq.** | OVED & OVED LLP
401 Greenwich Street | New York NY 10013
V: 212.226.2376 x 214 | F: 212.226.7555
alamontanaro@oved.com | www.oved.com