# Exhibit 3

**From:**      Lon Seidman <LS@lhmlawfirm.com>

**Sent:**      Tuesday, August 4, 2026 11:15 AM

**To:**        Aleksandra Lamontanaro, Esq. <ALamontanaro@oved.com>

**Cc:**        Andrew J. Urgenson, Esq. <andrew@oved.com>; Kendall Coniaris, Esq. <KConiaris@oved.com>; 'adement' <adement@pecklaw.com>; 'bwaller' <bwaller@pecklaw.com>; Rosa Lella <RL@lhmlawfirm.com>; Stephen Schweizer, Esq. <sschweizer@oved.com>

**Subject:**   EXTERNAL: RE: EXTERNAL: RE: Flybar Inc. v. Express Trade Capital, Inc., 25-cv-618 (S.D.N.Y.)

**Attachments:** LTR MagistrateJudge req adjournment 8.3.26.doc

Dear Counsel,

Please see the below link which includes the responsive documents from Defendants' custodians' personal email accounts.

*[Production link omitted]*

Please let us know as soon as possible today if the attached draft letter to the Court is acceptable to Plaintiff.

Thank you.

Regards,
Lon

**Lon Seidman, Esq., Partner**
LaMonica Herbst & Maniscalco, LLP
3305 Jerusalem Avenue
Wantagh, New York 11793
Tele. (516) 826-6500 x207 | Fx. (516) 826-0222
www.lhmlawfirm.com

---

**From:**      Lon Seidman <LS@lhmlawfirm.com>

**Sent:**      Monday, August 3, 2026 5:30 PM

**To:**        Aleksandra Lamontanaro, Esq. <ALamontanaro@oved.com>

**Cc:**        Andrew J. Urgenson, Esq. <andrew@oved.com>; Kendall Coniaris, Esq. <KConiaris@oved.com>; 'adement' <adement@pecklaw.com>; 'bwaller' <bwaller@pecklaw.com>; Rosa Lella <RL@lhmlawfirm.com>; Stephen Schweizer, Esq. <sschweizer@oved.com>

**Subject:**   RE: EXTERNAL: RE: Flybar Inc. v. Express Trade Capital, Inc., 25-cv-618 (S.D.N.Y.)

Dear Counsel,

Please reply promptly to let us know if you consent to the attached joint letter request to extend discovery by 45 days. We'd like to send this request to the Court tomorrow.

Regards,
Lon

**Lon Seidman, Esq., Partner**
LaMonica Herbst & Maniscalco, LLP
3305 Jerusalem Avenue
Wantagh, New York 11793
Tele. (516) 826-6500 x207 | Fx. (516) 826-0222
www.lhmlawfirm.com