# Exhibit A

**Lon Seidman**

| | |
|---|---|
| **From:** | Lon Seidman |
| **Sent:** | Wednesday, October 7, 2026 7:47 PM |
| **To:** | Stephen Schweizer, Esq. |
| **Cc:** | Waller, Brian D.; Dement, Alexandra |
| **Subject:** | RE: EXTERNAL: RE: Flybar Inc. v. Express Trade Capital, Inc. et al., No. 1:25-cv-00618-VSB (S.D.N.Y.) |
| **Attachments:** | ESI Protocol.pdf |

Stephen,

We have some questions about the first item in your letter sent today with your below email -- (**Abe Goldberger text messages**):

Your letter says that Plaintiff searched Mr. Goldberger's phone data using "broad and inclusive" search terms and counsel reviewed the results.

Given § II.F of the ESI Protocol (attached) and counsel's obligations under Rule 26(g)(1), please tell us:

1. who ran the searches (was it you, was it Plaintiff's ESI vendor, or was it Mr. Goldberger himself), and on which devices;
2. whether the data was copied from Mr. Goldberger's devices by Plaintiff's ESI vendor or other tool before it was searched (or were the device searched by typing terms into the messaging applications on the devices);
3. which messaging applications and accounts were searched (SMS/iMessage, WhatsApp, others);
4. the date range that was searched;
5. whether the search terms that the parties agreed to at the outset of discovery were run against Mr. Goldberger's phone data and, if not, please provide us with the complete list of terms that were run and why they differed from the search terms used for the custodians' email ESI; and
6. your letter says that counsel "reviewed the results" of the search terms that were run; please confirm that counsel reviewed every hit (and not a subset selected or forwarded by Mr. Goldberger).

We look forward to your prompt response.

Thanks.

Regards,
Lon

**Lon Seidman, Esq., Partner**

LAMONICA HERBST & MANISCALCO LLP

3305 Jerusalem Avenue
Wantagh, New York 11793
Tele. (516) 826-6500 x207| Fx. (516) 826-0222

www.lhmlawfirm.com

This message originates from the law firm of LaMonica Herbst & Maniscalco, LLP. The message and any file transmitted with it contain confidential information which may be subject to the attorney-client privilege, or otherwise protected against unauthorized use. The information contained in this message and any file transmitted with it is transmitted in this form based upon a reasonable expectation of privacy consistent with ABA Formal Opinion No. 99-413. Any disclosure, distribution, copying or use of the information by anyone other than the intended recipient, regardless of address or routing, is strictly prohibited. If you have received this message in error, please advise the sender by immediate reply and delete the original message. Personal messages express views solely of the sender and are not attributable to LaMonica Herbst & Maniscalco, LLP.

**From:** Stephen Schweizer, Esq. <sschweizer@oved.com>
**Sent:** Wednesday, October 7, 2026 4:20 PM
**To:** Lon Seidman <LS@lhmlawfirm.com>
**Cc:** Waller, Brian D. <bwaller@pecklaw.com>; Dement, Alexandra <adement@pecklaw.com>
**Subject:** RE: EXTERNAL: RE: EXTERNAL: RE: Flybar Inc. v. Express Trade Capital, Inc. et al., No. 1:25-cv-00618-VSB (S.D.N.Y.)

**EXTERNAL EMAIL – USE CAUTION**

Thank you Lon, we will review with interest. Also, as discussed on the call, see attached our response to your previous letter. We will follow up separately regarding the yespac account.

Best,
Stephen

**From:** Lon Seidman <LS@lhmlawfirm.com>
**Sent:** Wednesday, October 7, 2026 4:14 PM
**To:** Stephen Schweizer, Esq. <sschweizer@oved.com>
**Cc:** Waller, Brian D. <bwaller@pecklaw.com>; Dement, Alexandra <adement@pecklaw.com>
**Subject:** EXTERNAL: RE: EXTERNAL: RE: Flybar Inc. v. Express Trade Capital, Inc. et al., No. 1:25-cv-00618-VSB (S.D.N.Y.)

**EXTERNAL SENDER**

Dear Stephen,

Thank you for yesterday's meet and confer call.

You stated that Plaintiff would produce ESI from its custodians' personal email accounts if there's a basis to think that there's discoverable information located there.

Without conceding that the ESI Protocol requires any such showing, the attached documents supply that basis:

**FLYBAR00001805:** On 9/22/24, Mr. Goldberger emailed himself from abeg1883@gmail.com to abe@yespac.com the Assignment Agreement redlines (subject "Surf9"), then forwarded them to Express Trade Capital.

**FLYBAR00016139**: Mr. Wolhendler's 9/19/24 email to Mr. Chenciner on the Assignment Agreement copies abeg1883@gmail.com.

**FLYBAR00027573–80**: Mr. Wolhendler's iPhone export of his iMessage thread with Mr. Estrakh about the transaction lists saul.wolhendler@gmail.com among the identifiers for his account, which shows that Mr. Wolhendler's personal account is tied to the device Mr. Wolhendler used for these business communications.

Accordingly,

1. please confirm that Plaintiff will collect, search and produce responsive ESI from the personal email accounts of Plaintiff's three custodians using the agreed search terms in accordance with the parties' ESI Protocol.

2. please confirm that Mr. Goldberger's yespac.com account was already searched and that the responsive ESI from that account has been produced.

3. please promptly respond to our September 19 letter (attached again here) requesting multiple outstanding discovery items.

Plaintiff has not provided any additional documents since Defendants' August 4 letter to the Court setting forth these outstanding discovery items.

We need to resolve these issues asap.

Defendants reserve all rights and remedies.

Regards,
Lon

**Lon Seidman, Esq., Partner**

LAMONICA HERBST & MANISCALCO LLP

3305 Jerusalem Avenue
Wantagh, New York 11793
Tele. (516) 826-6500 x207| Fx. (516) 826-0222
www.lhmlawfirm.com

This message originates from the law firm of LaMonica Herbst & Maniscalco, LLP. The message and any file transmitted with it contain confidential information which may be subject to the attorney-client privilege, or otherwise protected against unauthorized use. The information contained in this message and any file transmitted with it is transmitted in this form based upon a reasonable expectation of privacy consistent with ABA Formal Opinion No. 99-413. Any disclosure, distribution, copying or use of the information by anyone other than the intended recipient, regardless of address or routing, is strictly prohibited. If you have received this message in error, please advise the sender by immediate reply and delete the original message. Personal messages express views solely of the sender and are not attributable to LaMonica Herbst & Maniscalco, LLP.

**From:** Lon Seidman
**Sent:** Tuesday, October 6, 2026 1:44 PM
**To:** 'Stephen Schweizer, Esq.' <sschweizer@oved.com>
**Cc:** Waller, Brian D. <bwaller@pecklaw.com>; Dement, Alexandra <adement@pecklaw.com>
**Subject:** RE: EXTERNAL: RE: EXTERNAL: RE: EXTERNAL: RE: Flybar Inc. v. Express Trade Capital, Inc. et al., No. 1:25-cv-00618-VSB (S.D.N.Y.)

Ok I'll send a calendar invite for 5pm.

**Lon Seidman, Esq., Partner**

LAMONICA
HERBST &
MANISCALCO LLP

3305 Jerusalem Avenue
Wantagh, New York 11793
Tele. (516) 826-6500 x207| Fx. (516) 826-0222
www.lhmlawfirm.com

This message originates from the law firm of LaMonica Herbst & Maniscalco, LLP. The message and any file transmitted with it contain confidential information which may be subject to the attorney-client privilege, or otherwise protected against unauthorized use. The information contained in this message and any file transmitted with it is transmitted in this form based upon a reasonable expectation of privacy consistent with ABA Formal Opinion No. 99-413. Any disclosure, distribution, copying or use of the information by anyone other than the intended recipient, regardless of address or routing, is strictly prohibited. If you have received this message in error, please advise the sender by immediate reply and delete the original message. Personal messages express views solely of the sender and are not attributable to LaMonica Herbst & Maniscalco, LLP.

**From:** Stephen Schweizer, Esq. <sschweizer@oved.com>
**Sent:** Tuesday, October 6, 2026 12:48 PM
**To:** Lon Seidman <LS@lhmlawfirm.com>
**Cc:** Waller, Brian D. <bwaller@pecklaw.com>; Dement, Alexandra <adement@pecklaw.com>
**Subject:** RE: EXTERNAL: RE: EXTERNAL: RE: EXTERNAL: RE: Flybar Inc. v. Express Trade Capital, Inc. et al., No. 1:25-cv-00618-VSB (S.D.N.Y.)

**EXTERNAL EMAIL – USE CAUTION**

Sure. 5 is better for me.

**From:** Lon Seidman <LS@lhmlawfirm.com>
**Sent:** Tuesday, October 6, 2026 12:46 PM
**To:** Stephen Schweizer, Esq. <sschweizer@oved.com>
**Cc:** Waller, Brian D. <bwaller@pecklaw.com>; Dement, Alexandra <adement@pecklaw.com>
**Subject:** EXTERNAL: RE: EXTERNAL: RE: EXTERNAL: RE: Flybar Inc. v. Express Trade Capital, Inc. et al., No. 1:25-cv-00618-VSB (S.D.N.Y.)

**EXTERNAL SENDER**

I'm on a call -can we speak at 4pm or 5pm?

**Lon Seidman, Esq., Partner**

LAMONICA
HERBST &
MANISCALCO LLP

3305 Jerusalem Avenue
Wantagh, New York 11793

Tele. (516) 826-6500 x207| Fx. (516) 826-0222
www.lhmlawfirm.com

This message originates from the law firm of LaMonica Herbst & Maniscalco, LLP. The message and any file transmitted with it contain confidential information which may be subject to the attorney-client privilege, or otherwise protected against unauthorized use. The information contained in this message and any file transmitted with it is transmitted in this form based upon a reasonable expectation of privacy consistent with ABA Formal Opinion No. 99-413. Any disclosure, distribution, copying or use of the information by anyone other than the intended recipient, regardless of address or routing, is strictly prohibited. If you have received this message in error, please advise the sender by immediate reply and delete the original message. Personal messages express views solely of the sender and are not attributable to LaMonica Herbst & Maniscalco, LLP.

**From:** Stephen Schweizer, Esq. <sschweizer@oved.com>
**Sent:** Tuesday, October 6, 2026 12:40 PM
**To:** Lon Seidman <LS@lhmlawfirm.com>
**Subject:** RE: EXTERNAL: RE: EXTERNAL: RE: Flybar Inc. v. Express Trade Capital, Inc. et al., No. 1:25-cv-00618-VSB (S.D.N.Y.)

**EXTERNAL EMAIL – USE CAUTION**

I'm free now, just tried you.

**From:** Lon Seidman <LS@lhmlawfirm.com>
**Sent:** Tuesday, October 6, 2026 12:38 PM
**To:** Stephen Schweizer, Esq. <sschweizer@oved.com>
**Cc:** Waller, Brian D. <bwaller@pecklaw.com>; Dement, Alexandra <adement@pecklaw.com>; Andrew J. Urgenson, Esq. <andrew@oved.com>; Kendall Coniaris, Esq. <KConiaris@oved.com>; Aleksandra Lamontanaro, Esq. <ALamontanaro@oved.com>
**Subject:** EXTERNAL: RE: EXTERNAL: RE: Flybar Inc. v. Express Trade Capital, Inc. et al., No. 1:25-cv-00618-VSB (S.D.N.Y.)

**EXTERNAL SENDER**

Stephen,

What's your availability for a call to discuss?

Regards,
Lon

**Lon Seidman, Esq., Partner**

LAMONICA
HERBST &
MANISCALCO LLP

3305 Jerusalem Avenue
Wantagh, New York 11793
Tele. (516) 826-6500 x207| Fx. (516) 826-0222
www.lhmlawfirm.com

This message originates from the law firm of LaMonica Herbst & Maniscalco, LLP. The message and any file transmitted with it contain confidential information which may be subject to the attorney-client privilege, or otherwise protected against unauthorized use. The information

contained in this message and any file transmitted with it is transmitted in this form based upon a reasonable expectation of privacy consistent with ABA Formal Opinion No. 99-413. Any disclosure, distribution, copying or use of the information by anyone other than the intended recipient, regardless of address or routing, is strictly prohibited. If you have received this message in error, please advise the sender by immediate reply and delete the original message. Personal messages express views solely of the sender and are not attributable to LaMonica Herbst & Maniscalco, LLP.

**From:** Stephen Schweizer, Esq. <sschweizer@oved.com>
**Sent:** Tuesday, October 6, 2026 12:37 PM
**To:** Lon Seidman <LS@lhmlawfirm.com>
**Cc:** Waller, Brian D. <bwaller@pecklaw.com>; Dement, Alexandra <adement@pecklaw.com>; Andrew J. Urgenson, Esq. <andrew@oved.com>; Kendall Coniaris, Esq. <KConiaris@oved.com>; Aleksandra Lamontanaro, Esq. <ALamontanaro@oved.com>
**Subject:** RE: EXTERNAL: RE: Flybar Inc. v. Express Trade Capital, Inc. et al., No. 1:25-cv-00618-VSB (S.D.N.Y.)

**EXTERNAL EMAIL – USE CAUTION**

Please pardon the delay in response. We will respond shortly; I'm available to discuss.

**From:** Lon Seidman <LS@lhmlawfirm.com>
**Sent:** Tuesday, October 6, 2026 12:33 PM
**To:** Stephen Schweizer, Esq. <sschweizer@oved.com>
**Cc:** Waller, Brian D. <bwaller@pecklaw.com>; Dement, Alexandra <adement@pecklaw.com>; Andrew J. Urgenson, Esq. <andrew@oved.com>; Kendall Coniaris, Esq. <KConiaris@oved.com>; Aleksandra Lamontanaro, Esq. <ALamontanaro@oved.com>
**Subject:** EXTERNAL: RE: Flybar Inc. v. Express Trade Capital, Inc. et al., No. 1:25-cv-00618-VSB (S.D.N.Y.)

**EXTERNAL SENDER**

Stephen,

We didn't receive a reply to our September 19 letter (attached).

Please reply and let us know your availability for a call so we can understand where things stand.

Thanks.

Regards,
Lon

**Lon Seidman, Esq., Partner**
LAMONICA HERBST & MANISCALCO LLP

3305 Jerusalem Avenue
Wantagh, New York 11793
Tele. (516) 826-6500 x207| Fx. (516) 826-0222
www.lhmlawfirm.com

This message originates from the law firm of LaMonica Herbst & Maniscalco, LLP. The message and any file transmitted with it contain

confidential information which may be subject to the attorney-client privilege, or otherwise protected against unauthorized use. The information contained in this message and any file transmitted with it is transmitted in this form based upon a reasonable expectation of privacy consistent with ABA Formal Opinion No. 99-413. Any disclosure, distribution, copying or use of the information by anyone other than the intended recipient, regardless of address or routing, is strictly prohibited. If you have received this message in error, please advise the sender by immediate reply and delete the original message. Personal messages express views solely of the sender and are not attributable to LaMonica Herbst & Maniscalco, LLP.

**From:** Lon Seidman
**Sent:** Saturday, September 19, 2026 5:32 PM
**To:** 'Stephen Schweizer, Esq.' <sschweizer@oved.com>; 'Waller, Brian D.' <bwaller@pecklaw.com>; 'Dement, Alexandra' <adement@pecklaw.com>
**Cc:** 'Andrew J. Urgenson, Esq.' <andrew@oved.com>; 'Kendall Coniaris, Esq.' <KConiaris@oved.com>; 'Aleksandra Lamontanaro, Esq.' <ALamontanaro@oved.com>
**Subject:** RE: EXTERNAL: RE: Flybar Inc. v. Express Trade Capital, Inc. et al., No. 1:25-cv-00618-VSB (S.D.N.Y.)

Stephen,

Thanks for the call on Thursday. Please the attached letter as a follow-up to the issues we discussed.

Thanks.

Regards,
Lon

**Lon Seidman, Esq., Partner**

LAMONICA HERBST & MANISCALCO LLP

3305 Jerusalem Avenue
Wantagh, New York 11793
Tele. (516) 826-6500 x207| Fx. (516) 826-0222
www.lhmlawfirm.com

This message originates from the law firm of LaMonica Herbst & Maniscalco, LLP. The message and any file transmitted with it contain confidential information which may be subject to the attorney-client privilege, or otherwise protected against unauthorized use. The information contained in this message and any file transmitted with it is transmitted in this form based upon a reasonable expectation of privacy consistent with ABA Formal Opinion No. 99-413. Any disclosure, distribution, copying or use of the information by anyone other than the intended recipient, regardless of address or routing, is strictly prohibited. If you have received this message in error, please advise the sender by immediate reply and delete the original message. Personal messages express views solely of the sender and are not attributable to LaMonica Herbst & Maniscalco, LLP.

**From:** Lon Seidman
**Sent:** Wednesday, September 16, 2026 12:57 PM
**To:** Stephen Schweizer, Esq. <sschweizer@oved.com>; Waller, Brian D. <bwaller@pecklaw.com>; Dement, Alexandra <adement@pecklaw.com>
**Cc:** Andrew J. Urgenson, Esq. <andrew@oved.com>; Kendall Coniaris, Esq. <KConiaris@oved.com>; Aleksandra Lamontanaro, Esq. <ALamontanaro@oved.com>
**Subject:** RE: EXTERNAL: RE: EXTERNAL: RE: EXTERNAL: RE: Flybar Inc. v. Express Trade Capital, Inc. et al., No. 1:25-cv-00618-VSB (S.D.N.Y.)

Yes, I'll send.

**Lon Seidman, Esq., Partner**

LAMONICA
HERBST &
MANISCALCO LLP

3305 Jerusalem Avenue
Wantagh, New York 11793
Tele. (516) 826-6500 x207| Fx. (516) 826-0222
www.lhmlawfirm.com

This message originates from the law firm of LaMonica Herbst & Maniscalco, LLP. The message and any file transmitted with it contain confidential information which may be subject to the attorney-client privilege, or otherwise protected against unauthorized use. The information contained in this message and any file transmitted with it is transmitted in this form based upon a reasonable expectation of privacy consistent with ABA Formal Opinion No. 99-413. Any disclosure, distribution, copying or use of the information by anyone other than the intended recipient, regardless of address or routing, is strictly prohibited. If you have received this message in error, please advise the sender by immediate reply and delete the original message. Personal messages express views solely of the sender and are not attributable to LaMonica Herbst & Maniscalco, LLP.

**From:** Stephen Schweizer, Esq. <sschweizer@oved.com>
**Sent:** Wednesday, September 16, 2026 12:55 PM
**To:** Lon Seidman <LS@lhmlawfirm.com>; Waller, Brian D. <bwaller@pecklaw.com>; Dement, Alexandra <adement@pecklaw.com>
**Cc:** Andrew J. Urgenson, Esq. <andrew@oved.com>; Kendall Coniaris, Esq. <KConiaris@oved.com>; Aleksandra Lamontanaro, Esq. <ALamontanaro@oved.com>
**Subject:** RE: EXTERNAL: RE: EXTERNAL: RE: EXTERNAL: RE: Flybar Inc. v. Express Trade Capital, Inc. et al., No. 1:25-cv-00618-VSB (S.D.N.Y.)

**EXTERNAL EMAIL – USE CAUTION**

Can you send an invite?

**From:** Lon Seidman <LS@lhmlawfirm.com>
**Sent:** Wednesday, September 16, 2026 12:27 PM
**To:** Stephen Schweizer, Esq. <sschweizer@oved.com>; Waller, Brian D. <bwaller@pecklaw.com>; Dement, Alexandra <adement@pecklaw.com>
**Cc:** Andrew J. Urgenson, Esq. <andrew@oved.com>; Kendall Coniaris, Esq. <KConiaris@oved.com>; Aleksandra Lamontanaro, Esq. <ALamontanaro@oved.com>
**Subject:** EXTERNAL: RE: EXTERNAL: RE: EXTERNAL: RE: Flybar Inc. v. Express Trade Capital, Inc. et al., No. 1:25-cv-00618-VSB (S.D.N.Y.)

**EXTERNAL SENDER**

Stephen,

Yes, 3pm works for a call tomorrow. And thanks.

Regards,
Lon

---

**Lon Seidman, Esq., Partner**

LAMONICA
HERBST &
MANISCALCO LLP

3305 Jerusalem Avenue
Wantagh, New York 11793
Tele. (516) 826-6500 x207| Fx. (516) 826-0222
www.lhmlawfirm.com

This message originates from the law firm of LaMonica Herbst & Maniscalco, LLP. The message and any file transmitted with it contain confidential information which may be subject to the attorney-client privilege, or otherwise protected against unauthorized use. The information contained in this message and any file transmitted with it is transmitted in this form based upon a reasonable expectation of privacy consistent with ABA Formal Opinion No. 99-413. Any disclosure, distribution, copying or use of the information by anyone other than the intended recipient, regardless of address or routing, is strictly prohibited. If you have received this message in error, please advise the sender by immediate reply and delete the original message. Personal messages express views solely of the sender and are not attributable to LaMonica Herbst & Maniscalco, LLP.

**From:** Stephen Schweizer, Esq. <sschweizer@oved.com>
**Sent:** Wednesday, September 16, 2026 12:07 PM
**To:** Lon Seidman <LS@lhmlawfirm.com>; Waller, Brian D. <bwaller@pecklaw.com>; Dement, Alexandra <adement@pecklaw.com>
**Cc:** Andrew J. Urgenson, Esq. <andrew@oved.com>; Kendall Coniaris, Esq. <KConiaris@oved.com>; Aleksandra Lamontanaro, Esq. <ALamontanaro@oved.com>
**Subject:** RE: EXTERNAL: RE: EXTERNAL: RE: Flybar Inc. v. Express Trade Capital, Inc. et al., No. 1:25-cv-00618-VSB (S.D.N.Y.)

**EXTERNAL EMAIL – USE CAUTION**

We're available tomorrow, want to do 3:00 p.m.? Will get back to you about the extension request, or we can talk about it on the call. Hope you have a good vacation!

Best,
Stephen

**From:** Lon Seidman <LS@lhmlawfirm.com>
**Sent:** Wednesday, September 16, 2026 12:02 PM
**To:** Stephen Schweizer, Esq. <sschweizer@oved.com>; Waller, Brian D. <bwaller@pecklaw.com>; Dement, Alexandra <adement@pecklaw.com>
**Cc:** Andrew J. Urgenson, Esq. <andrew@oved.com>; Kendall Coniaris, Esq. <KConiaris@oved.com>; Aleksandra Lamontanaro, Esq. <ALamontanaro@oved.com>
**Subject:** EXTERNAL: RE: EXTERNAL: RE: Flybar Inc. v. Express Trade Capital, Inc. et al., No. 1:25-cv-00618-VSB (S.D.N.Y.)

**EXTERNAL SENDER**

Stephen,

We can be available to speak tomorrow/Thursday. Let us know some time windows that would work for you.

Below are the matters we should speak about; most of these matters we've already addressed at length in our emails.

1) When Plaintiff will be producing the text messages from Plaintiff's other 4 custodians (i.e., (i) Abe Goldberger, (ii) Ken Siletski, (iii) Zalman Schapiro and (iv) Kevin Chait.

2) When Plaintiffs will be producing the inaccessible/missing items contained within the production of Mr. Wolhendler's text messages, outlined in my emails dated August 9

3) Whether Plaintiff is willing to re-consider its refusal to run the search terms in the personal email accounts of the Plaintiff's 5 custodians (i) Saul Wolhendler (ii) Abe Goldberger, (iii) Ken Siletski, (iv) Zalman Schapiro and (v) Kevin Chait.

4) When Plaintiff will be answering the questions in the attached email concerning Plaintiff's privilege log.

5) Potential/available dates for the depositions of Mr. Wolhendler and Mr. Goldberger and Mr. Stern and Mr. Cohen.

6) Your request that Abe Goldberger's deposition take place over two back-to-back mornings, which request I am inclined to agree to.

7) Whether Plaintiff intends to proceed with the depositions of non-party John Chenciner and/or Marshall Crosby pursuant to the subpoenas issued by Plaintiff (and, if yes, on what potential dates Plaintiff plans to proceed).

8) The following request:

Because a) the parties still have these document issues that need to be resolved, b) Defendants' co-counsel Brian Waller and Alex Dement are on trial next week starting Sept. 21 and c) I will be out of the country on vacation with my wife from September 24 until October 4: -- I propose the parties jointly request that the fact discovery deadline be extended to 10/30 so we can have sufficient time to get everything done.

Thanks.

Regards,
Lon

**Lon Seidman, Esq., Partner**

LAMONICA
HERBST &
MANISCALCO LLP

3305 Jerusalem Avenue
Wantagh, New York 11793
Tele. (516) 826-6500 x207| Fx. (516) 826-0222
www.lhmlawfirm.com

This message originates from the law firm of LaMonica Herbst & Maniscalco, LLP. The message and any file transmitted with it contain confidential information which may be subject to the attorney-client privilege, or otherwise protected against unauthorized use. The information contained in this message and any file transmitted with it is transmitted in this form based upon a reasonable expectation of privacy consistent with ABA Formal Opinion No. 99-413. Any disclosure, distribution, copying or use of the information by anyone other than the intended recipient, regardless of address or routing, is strictly prohibited. If you have received this message in error, please advise the sender by immediate reply and delete the original message. Personal messages express views solely of the sender and are not attributable to LaMonica Herbst & Maniscalco, LLP.

**From:** Stephen Schweizer, Esq. <sschweizer@oved.com>
**Sent:** Tuesday, September 15, 2026 4:36 PM
**To:** Lon Seidman <LS@lhmlawfirm.com>; Waller, Brian D. <bwaller@pecklaw.com>; Dement, Alexandra <adement@pecklaw.com>
**Cc:** Andrew J. Urgenson, Esq. <andrew@oved.com>; Kendall Coniaris, Esq. <KConiaris@oved.com>; Aleksandra Lamontanaro, Esq. <ALamontanaro@oved.com>
**Subject:** RE: EXTERNAL: RE: EXTERNAL: RE: Flybar Inc. v. Express Trade Capital, Inc. et al., No. 1:25-cv-00618-VSB (S.D.N.Y.)

**EXTERNAL EMAIL – USE CAUTION**

Also, regarding Abe's deposition scheduling: if at all possible, he would like to split his deposition. He is available on the mornings of 6, 7, 8 or 9 Oct. If these dates are acceptable, I'll follow up with our remaining deposition dates, and then we can agree upon a consolidated calendar.

Best,
Stephen

**From:** Stephen Schweizer, Esq.
**Sent:** Tuesday, September 15, 2026 3:31 PM
**To:** Lon Seidman <LS@lhmlawfirm.com>; Waller, Brian D. <bwaller@pecklaw.com>; Dement, Alexandra <adement@pecklaw.com>
**Cc:** Andrew J. Urgenson, Esq. <andrew@oved.com>; Kendall Coniaris, Esq. <KConiaris@oved.com>; Aleksandra Lamontanaro, Esq. <ALamontanaro@oved.com>
**Subject:** RE: EXTERNAL: RE: EXTERNAL: RE: Flybar Inc. v. Express Trade Capital, Inc. et al., No. 1:25-cv-00618-VSB (S.D.N.Y.)

Hi Lon & team:

The Court ordered us to meet and confer by Friday, and I think it is also a good idea to get together and discuss some of the issues we have been spilling ink over. What times work for your team; also, do you have a list of issues you would like to discuss?

Thanks,
Stephen

**From:** Lon Seidman <LS@lhmlawfirm.com>
**Sent:** Thursday, September 3, 2026 3:04 PM
**To:** Stephen Schweizer, Esq. <sschweizer@oved.com>; Waller, Brian D. <bwaller@pecklaw.com>; Dement, Alexandra <adement@pecklaw.com>
**Cc:** Andrew J. Urgenson, Esq. <andrew@oved.com>; Kendall Coniaris, Esq. <KConiaris@oved.com>; Aleksandra Lamontanaro, Esq. <ALamontanaro@oved.com>
**Subject:** EXTERNAL: RE: EXTERNAL: RE: Flybar Inc. v. Express Trade Capital, Inc. et al., No. 1:25-cv-00618-VSB (S.D.N.Y.)

**EXTERNAL SENDER**

Stephen,

We've considered Plaintiff's position and unfortunately it seems the parties have reached an impasse on the two issues discussed in your August 24 email below – i.e., 1) the discoverability of Plaintiff's custodians' personal email ESI; and 2) Plaintiff's request that Defendants provide the number of email items in each collected Defendants' custodians' Gmail population before application of the agreed search terms and a statement of whether such count is pre- or post-deduplication. These are issues that we'll need to present to the Court.

Notwithstanding the parties' impasse on those 2 issues, can you please advise:

1) When Plaintiff will be producing the text messages from Plaintiff's other 4 custodians (i.e., Abe Goldberger, (ii) Ken Siletski, (iii) Zalman Schapiro and (iv) Kevin Chait.

2) When Plaintiffs will be producing the inaccessible/missing items contained within the production of Mr. Wolhendler's text messages, which were outlined in my emails dated August 9 (below).

3) Potential/available dates for the depositions of Mr. Wolhendler and Mr. Goldberger on Sept. 17, Sept. 18, Oct. 6, Oct. 7, Oct. 8 and/or Oct. 9.

4) Whether Plaintiff intends to proceed with the depositions of non-party John Chenciner and/or Marshall Crosby pursuant to the subpoenas issued by Plaintiff (and, if yes, on what potential dates Plaintiff plans to proceed).

Thanks.

Regards,
Lon

**Lon Seidman, Esq., Partner**

LAMONICA
HERBST &
MANISCALCO LLP

3305 Jerusalem Avenue
Wantagh, New York 11793
Tele. (516) 826-6500 x207| Fx. (516) 826-0222
www.lhmlawfirm.com

This message originates from the law firm of LaMonica Herbst & Maniscalco, LLP. The message and any file transmitted with it contain confidential information which may be subject to the attorney-client privilege, or otherwise protected against unauthorized use. The information contained in this message and any file transmitted with it is transmitted in this form based upon a reasonable expectation of privacy consistent with ABA Formal Opinion No. 99-413. Any disclosure, distribution, copying or use of the information by anyone other than the intended recipient, regardless of address or routing, is strictly prohibited. If you have received this message in error, please advise the sender by immediate reply and delete the original message. Personal messages express views solely of the sender and are not attributable to LaMonica Herbst & Maniscalco, LLP.