# **Exhibit C**

**Lon Seidman**

**From:** Dement, Alexandra <ADement@pecklaw.com>
**Sent:** Thursday, September 10, 2026 12:48 PM
**To:** andrew@oved.com; alamontanaro@oved.com; sschweizer@oved.com; KConiaris@oved.com
**Cc:** Waller, Brian D.; Lon Seidman
**Subject:** Flybar Inc. v. Express Trade Capital, Inc., 25-cv-618 (S.D.N.Y.): Plaintiff's Privilege Log
**Attachments:** Plaintiff's Privilege Log.xlsx

**EXTERNAL EMAIL – USE CAUTION**

Dear Counsel,

We have reviewed your privilege log and have several issues to discuss regarding certain entries.

First, entries marked green on the attached spreadsheet list "Joseph Wolhendler" or jbw3832@gmail.com as a recipient. Please identify this individual, confirm whether "Joseph Wolhendler" and the Gmail address refer to the same person, and explain this individual's relationship to Flybar Inc. and the basis for including a personal Gmail account on privileged attorney-client communications. If you cannot provide a basis, please produce the communication.

Second, numerous entries list no recipients but share the same timestamp as entries that do have recipients. We assume these are duplicates of those entries, but please confirm whether that is the case.

Third, entries marked orange on the attached spreadsheet list "吴敏芝 Gigi" as a recipient — please identify this individual, their relationship to Flybar Inc., and the basis for including a personal Gmail account in privileged attorney-client communications. If you cannot provide a basis, please produce the communication.

Fourth, entries marked blue on the attached spreadsheet list peter@ibmcgroup.net as a recipient — please identify this individual, their relationship to Flybar Inc., and the basis for including a personal Gmail account in privileged attorney-client communications. If you cannot provide a basis, please produce the communication.

Fifth, entries marked red provide no explanation or basis for privilege, provide an insufficient explanation given the content of the document, or include a third party whose presence would waive any claim of privilege. Please provide a sufficient basis for privilege for these entries or, if you cannot, produce the communication.

Sixth, entries marked purple do not list any attorney on the communication, or list individuals for whom it is unclear whether they are attorneys, yet claim "attorney-client communication for the purpose of legal

advice." Please identify the attorney involved in these communications or, if you cannot do so, produce the communication.

Seventh, entries marked yellow list "Totty Wolhendler" as a recipient. Please identify this individual, their relationship to Flybar Inc., and the basis for including a personal Gmail account on privileged attorney-client communications. If you cannot provide a basis, please produce the communication.

Eighth, entries marked gray list "Johnathan Gordon" as a recipient. Please identify this individual, their relationship to Flybar Inc., and the basis for including a personal Gmail account on privileged attorney-client communications. If you cannot provide a basis, please produce the communication.

Please provide the requested information and, where no adequate basis for privilege can be shown, produce the corresponding communications.

Best,

Alexandra Dement
*Associate Attorney*
**Peckar & Abramson, P.C.**
1325 Avenue of the Americas | 10th Floor | New York, NY 10019
O: 929.729.2149| E: adement@pecklaw.com
www.pecklaw.com

CONFIDENTIALITY NOTICE: This e-mail transmission, including previous e-mails and attachments, may contain confidential information that is legally privileged. If you are not the intended recipient, your disclosure, copying, distribution or use of information in or attached to this transmission is strictly prohibited. If you have received this transmission in error, please immediately notify us by reply e-mail and destroy the original transmission and its attachments without reading or saving them.