# Exhibit E-1

| | |
|---|---|
| **From:** | Abe Goldberger [abe@yespac.com] |
| **Sent:** | Sunday, September 22, 2024 10:03:58 PM |
| **To:** | david@expresstradecapital.com;ben@expresstradcapital.com;Zalman Schapiro |
| **Cc:** | Saul Wolhendler - Flybar Inc. |
| **Subject:** | FW: Surf9 |
| **Attachments:** | ATT00001.txt;Litera Compare Redline - Assignment Agreement (v1) and Assignment Agreement (SL v1).pdf |
| **Importance:** | Normal |

See updated from Zalmen.

**Abe Goldberger**
President & CEO

732.508.7500 x 204
845.222.1883
abe@yespac.com

260 Centennial Ave.
Piscataway, NJ 08854
www.yespac.com
View our Product Catalog

**From:** Abe Goldberger <abeg1883@gmail.com>
**Sent:** Sunday, September 22, 2024 9:52 PM
**To:** Abe Goldberger <abe@yespac.com>
**Subject:** Surf9


FLYBAR00001805

# Exhibit E-2

**From:** Saul Wolhendler - Flybar Inc. [saulw@Flybar.com]
**Sent:** Thursday, September 19, 2024 10:58:32 PM
**To:** John Chenciner
**Cc:** Abe Goldberger;Abe Goldberger
**Subject:** Re: Express Trade Capital - Assignment Agreement with Flybar (for funding POs for Denali)
**Importance:** Normal

Report This Email

We will try our best.

Thank You,

**Saul Wolhendler**
**President & CEO**
p: 845-647-8400 x205
a: 220 Centennial Ave,
Piscataway, NJ 08854
**www.flybar.com**


FLYBAR00016137



Sent from my iPhone

On Sep 19, 2024, at 10:57 PM, John Chenciner <john@surf9.com> wrote:

Thanks. Good night

Best regards

John

**John Chenciner**
CEO

john@surf9.com || 239-822-7709
**Surf 9 LLC**
24850 Old 41 Rd Ste.10
Bonita Springs, FL 34135
www.surf9.com

-------- Original message --------
From: "Saul Wolhendler - Flybar Inc." <saulw@Flybar.com>
Date: 9/19/24 10:56 PM (GMT-05:00)
To: John Chenciner <john@surf9.com>
Cc: Abe Goldberger <abe@yespac.com>, Abe Goldberger <abeg1883@gmail.com>
Subject: Re: Express Trade Capital - Assignment Agreement with Flybar (for funding POs for Denali)

I will try to put some pressure on all tomorrow morning.

Thank You,

**Saul Wolhendler**
**President & CEO**

p: 845-647-8400 x205
a: 220 Centennial Ave,
Piscataway, NJ 08854
**www.flybar.com**



Sent from my iPhone

On Sep 19, 2024, at 10:25 PM, John Chenciner <john@surf9.com> wrote:

Hi Saul, Abe,

See below from David. We need to find a way to get this settled so that you are good to wire to factory tomorrow.
Please try to make this happen, it is crucial to our future.

And Abe, David is insisting I sign the liens on the boats so they can perfect them as a condition to this, you advised not to, please let me know your thoughts on this.

Best regards

John

**John Chenciner**
CEO

john@surf9.com || 239-822-7709
**Surf 9 LLC**
24850 Old 41 Rd Ste.10
Bonita Springs, FL 34135
www.surf9.com

-------- Original message --------
From: David Estrakh <david@expresstradecapital.com>
Date: 9/19/24 10:16 PM (GMT-05:00)
To: John Chenciner <john@surf9.com>
Subject: Fwd: Express Trade Capital - Assignment Agreement with Flybar (for funding POs for Denali)

See below requests. This ain't getting done in a day.

Get us all that we requested tomorrow please.

Sent from my iPhone

Begin forwarded message:

**From:** Doug Pick <dpick@picklaw.net>
**Date:** September 19, 2024 at 9:08:05 PM EDT
**To:** "Saul Wolhendler - Flybar Inc." <saulw@flybar.com>, David Estrakh <david@expresstradecapital.com>
**Cc:** Abe G <abe@yespac.com>
**Subject: RE: Express Trade Capital - Assignment Agreement with Flybar (for funding POs**

**for Denali)**

**This Message originated outside your organization.**

---

All loans.

Sent from my Verizon, Samsung Galaxy smartphone

-------- Original message --------
From: "Saul Wolhendler - Flybar Inc." <saulw@Flybar.com>
Date: 9/19/24 9:05 PM (GMT-05:00)
To: Doug Pick <dpick@picklaw.net>, David Estrakh <david@expresstradecapital.com>
Cc: Abe G <abe@yespac.com>
Subject: Re: Express Trade Capital - Assignment Agreement with Flybar (for funding POs for Denali)

David

Can you please provide the loan docs?

Thank You,

**Saul Wolhendler**
**President & CEO**

p: 845-647-8400 x205
a: 220 Centennial Ave,
Piscataway, NJ 08854
**www.flybar.com**



Sent from my iPhone

On Sep 19, 2024, at 7:45 PM, Doug Pick <dpick@picklaw.net> wrote:

[redacted]

Sent from my Verizon, Samsung Galaxy smartphone

-------- Original message --------
From: "Saul Wolhendler - Flybar Inc." <saulw@Flybar.com>
Date: 9/19/24 8:41 PM (GMT-05:00)
To: Doug Pick <dpick@picklaw.net>
Cc: Abe G <abe@yespac.com>

Subject: Re: Express Trade Capital - Assignment Agreement with Flybar (for funding POs for Denali)

[redacted]

**Saul Wolhendler**
**President & CEO**

p: 845-647-8400 x205
a: 220 Centennial Ave, Piscataway, NJ 08854
**www.flybar.com**

Sent from my iPhone

On Sep 19, 2024, at 6:37 PM, Doug Pick <dpick@picklaw.net> wrote:

[redacted]

Douglas J. Pick | *Partner*
**PICK & ZABICKI LLP**
369 Lexington Avenue, 12th Floor, New York, NY 10017
(212) 695-6000 Ext. 223 | dpick@picklaw.net

**From:** Saul Wolhendler - Flybar Inc. <saulw@Flybar.com>
**Sent:** Thursday, September 19, 2024 6:23 PM
**To:** Doug Pick <dpick@picklaw.net>; Abe G <abe@yespac.com>
**Subject:** Fwd: Express Trade Capital - Assignment Agreement with Flybar (for funding POs for Denali)

Thank You,

**Saul Wolhendler**
**President & CEO**
p: 845-647-8400 x205
a: 220 Centennial Ave,
Piscataway, NJ 08854
**www.flybar.com**



Sent from my iPhone

Begin forwarded message:

**From:** David Estrakh <david@expresstradecapital.com>
**Date:** September 19, 2024 at 4:53:10 PM CDT
**To:** "Saul Wolhendler - Flybar Inc." <saulw@flybar.com>
**Subject: Express Trade Capital - Assignment Agreement with Flybar (for funding POs for Denali)**

Saul,

Per our discussion yesterday, our attorney drafted a contract spelling out the terms we discussed. Since we didn't settle on the exact "finance charge", we left it black so we can document that once we're all agreed.

We thought 20% was more reasonable but let's make sure we're good on the overall concept.

The one addition from our team is that we get 10% of the collections while 90% is remitted to you up to the amount you financed per invoice invoice plus the fee / margin you add.

Regards,

**David Estrakh**
EVP

1410 Broadway, Suite 2600
New York, NY 10018
Tel: (212) 997-0155
Mobile: (516) 765-5565
www.expresstradecapital.com
Connect with us on LinkedIn!
Book a time with me!

# Exhibit E-3

iMessage
9/8/24 1:37:25 PM EDT (Read 9/8/24 1:38:16 PM EDT)

David Estrakh (+15167655565)

Hey Saul! This is David Estrakh. Erving's friend. He said you and Abe wanted to look at a deal I sent last week.

Basically, our client of 10 years had a massive product recall two years ago and is shopping around for new debt and/or equity to relieve the extra debt caused by the recall.

We're the first position lender and owed the majority of the debt. Looking remove all our debt for the right deal.

Let me know if you're interested ...

9/8/24 1:37:51 PM EDT (Edited 9/8/24 1:38:31 PM EDT | Read 9/8/24 1:38:16 PM EDT)

David Estrakh (+15167655565)

Here's the teaser. We can give you the executive summary and put you in touch with the client directly for further details if you're interested…

9/8/24 1:37:57 PM EDT (Read 9/8/24 1:38:16 PM EDT)

David Estrakh (+15167655565)

*Attachment stored in iCloud: FILE_5278.pdf (Attachment)*

9/8/24 1:39:54 PM EDT (Delivered 9/8/24 1:39:54 PM EDT)

Hi David

9/8/24 1:40:13 PM EDT (Delivered 9/8/24 1:40:13 PM EDT)

I would be interested is speaking with him and understanding better what is needed.

• David Estrakh reacted with 👍 on 9/8/24, 2:02 PM

9/8/24 2:02:21 PM EDT (Read 9/8/24 2:18:10 PM EDT)

David Estrakh (+15167655565)

I can make an introduction by email. What's your email?

9/8/24 2:18:28 PM EDT (Delivered 9/8/24 2:18:29 PM EDT)

Saulw@flybar.com

9/18/24 3:36:25 PM EDT (Read 9/18/24 3:36:36 PM EDT)

David Estrakh (+15167655565)

Done w mincha?



FLYBAR00027573

9/18/24 3:36:39 PM EDT (Delivered 9/18/24 3:36:39 PM EDT)

Yes

9/18/24 3:36:42 PM EDT (Delivered 9/18/24 3:36:42 PM EDT)

In a meeting

• David Estrakh reacted with 👍 on 9/18/24, 3:36 PM

9/18/24 3:36:46 PM EDT (Delivered 9/18/24 3:36:46 PM EDT)

Will call you soon

9/18/24 3:36:55 PM EDT (Read 9/18/24 3:36:56 PM EDT)

David Estrakh (+15167655565)

Sounds good.

9/18/24 3:36:59 PM EDT (Delivered 9/18/24 3:36:59 PM EDT)

Send me a draft with out the number

9/18/24 4:33:50 PM EDT (Read 9/23/24 12:00:07 PM EDT)

David Estrakh (+15167655565)

Other line. 3 min. Let me jump off

9/23/24 9:34:08 AM EDT (Read 9/23/24 12:00:07 PM EDT)

David Estrakh (+15167655565)

Just saw your missed call. Are you free in a few minutes?

9/23/24 11:50:33 AM EDT (Read 9/23/24 12:00:07 PM EDT)

David Estrakh (+15167655565)

In a meeting.

Your attorney asked for insane changes. Not sure we can do it. We tried to keep it simple. Our attorney will call him back now. We're all discussing internally as we speak.

Bottom line, we can't be responsible for chargebacks as we already agreed. Our team still wants 10% of what's collected. And he tried to say we're NOT indemnified which is crazy - that's pretty standard. We can't have our refactor, Milberg sued.

We're not trying to create lawsuits here. We agree to advance what we collect - we're not trying mess around w you guys or play games.

9/23/24 12:00:01 PM EDT (Read 9/23/24 12:00:07 PM EDT)

David Estrakh (+15167655565)

You free in a min?

9/23/24 12:00:16 PM EDT (Delivered 9/23/24 12:00:16 PM EDT)

Yes

9/23/24 12:00:34 PM EDT (Read 9/23/24 12:00:34 PM EDT)

David Estrakh (+15167655565)

We're trying to get this done but we need to keep it simple and reasonable for us.

9/23/24 12:00:36 PM EDT (Read 9/23/24 12:00:38 PM EDT)

David Estrakh (+15167655565)

Ok. Gimme a min

9/23/24 12:21:44 PM EDT (Delivered 9/23/24 12:21:45 PM EDT)

Waiting for Abe to call me back.

• David Estrakh reacted with 👍 on 9/23/24, 12:24 PM

9/23/24 12:25:04 PM EDT (Read 9/23/24 12:40:55 PM EDT)

David Estrakh (+15167655565)

Call whenever. We're free

9/23/24 12:41:56 PM EDT (Delivered 9/23/24 12:41:56 PM EDT)

Didn't get hold of Abe yet but would you guys consider agreeing to 5% as per our conversation we want to make sure that costco moves forward but we are covered

9/23/24 12:42:40 PM EDT (Delivered 9/23/24 12:42:40 PM EDT)

Technically even with charge backs as long as you don't fund further you are covered, you can only gain.

9/23/24 12:47:02 PM EDT (Read 9/23/24 12:47:08 PM EDT)

David Estrakh (+15167655565)

Not really, bc if returns come, they typically only come months later, which hits us and not you. That's why they're asking for something upfront because we're taking the risk of returns later.

Let's do 7.5%. This gives us something in worst case.

9/23/24 1:00:16 PM EDT (Read 9/23/24 1:02:03 PM EDT)

David Estrakh (+15167655565)

Sorry, I hate haggling and I'm not haggling. I think this was my dad trying to show good faith that we want to work worth you. Sorry about this part. I hear both sides and understand both sides here

9/23/24 1:02:27 PM EDT (Delivered 9/23/24 1:02:28 PM EDT)

Let me discuss it with Abe.

• David Estrakh reacted with 👍 on 9/23/24, 1:07 PM

9/23/24 1:03:03 PM EDT (Delivered 9/23/24 1:03:04 PM EDT)

Waiting for him to return my call

9/23/24 1:07:54 PM EDT (Read 9/23/24 1:41:43 PM EDT)

David Estrakh (+15167655565)

Thanks. I'll have my atty discuss everything else with yours so hopefully this is just a blank to fill-in.

9/23/24 1:39:42 PM EDT (Read 9/23/24 1:41:43 PM EDT)

David Estrakh (+15167655565)

Our attorney says yours isn't responding

9/23/24 1:41:55 PM EDT (Delivered 9/23/24 1:41:56 PM EDT)

Just spoke with Abe

9/23/24 1:42:05 PM EDT (Delivered 9/23/24 1:42:05 PM EDT)

He's only agreeing to 5%

9/23/24 1:42:12 PM EDT (Delivered 9/23/24 1:42:12 PM EDT)

He's a bit annoyed as well.

9/23/24 1:42:18 PM EDT (Delivered 9/23/24 1:42:19 PM EDT)

Let me call my attorney

9/23/24 1:50:40 PM EDT (Read 9/23/24 1:51:18 PM EDT)

David Estrakh (+15167655565)

Ok. Fine. Let's do it.

9/23/24 1:50:56 PM EDT (Read 9/23/24 1:51:18 PM EDT)

David Estrakh (+15167655565)

Both can be annoyed. I'm sorry.

9/23/24 1:51:03 PM EDT (Read 9/23/24 1:51:18 PM EDT)

David Estrakh (+15167655565)

Let's get the rest done

9/23/24 1:51:20 PM EDT (Delivered 9/23/24 1:51:21 PM EDT)

👌

9/23/24 2:03:30 PM EDT (Delivered 9/23/24 2:03:31 PM EDT)

Did you get hold of our attorney?

9/23/24 2:25:21 PM EDT (Read 9/23/24 2:25:25 PM EDT)

David Estrakh (+15167655565)

Will check

9/23/24 2:25:37 PM EDT (Delivered 9/23/24 2:25:37 PM EDT)

Time is of the essence

9/23/24 2:25:49 PM EDT (Read 9/23/24 2:31:07 PM EDT)

David Estrakh (+15167655565)

Your attorney said he'll call at 2:30

9/23/24 2:25:58 PM EDT (Read 9/23/24 2:31:07 PM EDT)

David Estrakh (+15167655565)

So they should speak in 5 min

9/23/24 3:56:19 PM EDT (Read 9/23/24 3:56:31 PM EDT)

David Estrakh (+15167655565)

Sounds like we're all in agreement. I just spoke to my attorney. He's working on sending it to you ASAP.

9/23/24 3:56:35 PM EDT (Delivered 9/23/24 3:56:35 PM EDT)

👌

9/23/24 5:25:45 PM EDT (Read 9/23/24 5:25:50 PM EDT)

David Estrakh (+15167655565)

We sent the revised agreement.
Let us know if you have any further questions or issues.

9/23/24 5:26:01 PM EDT (Delivered 9/23/24 5:26:01 PM EDT)

Will check

9/23/24 5:32:40 PM EDT (Delivered 9/23/24 5:32:40 PM EDT)

Attorney says he hasn't received

9/23/24 5:47:18 PM EDT (Read 9/23/24 5:47:55 PM EDT)

David Estrakh (+15167655565)

He said he sent it. It should be in his inbox now.
Can he check again?

11/17/24 4:24:32 PM EST (Read 11/17/24 4:25:37 PM EST)

David Estrakh (+15167655565)

Hey Saul, just saw your missed call. I can call back in 10-15

11/17/24 4:25:44 PM EST (Delivered 11/17/24 4:25:44 PM EST)

Sure please do

12/10/24 9:27:20 AM EST (Read 12/10/24 10:06:57 AM EST)

David Estrakh (+15167655565)

I'm on a call, call you right after

12/10/24 10:07:04 AM EST (Delivered 12/10/24 10:07:05 AM EST)

David good morning

12/10/24 10:07:13 AM EST (Delivered 12/10/24 10:07:13 AM EST)

Are you still on the call?

12/10/24 10:10:11 AM EST (Read 12/10/24 10:10:27 AM EST)

David Estrakh (+15167655565)

Kind of. I had 5 min between settling my flight for today and jumping on my sales team call which starts at 10:10 AM

12/10/24 10:12:18 AM EST (Read 12/10/24 10:12:19 AM EST)

David Estrakh (+15167655565)

Traveling today. But I know what you're calling about and I will call you back when I get a moment. I haven't lead the deal for months but they gave me a heads up.

12/10/24 10:12:19 AM EST (Delivered 12/10/24 10:12:19 AM EST)

When do you expect to be able to call me?

12/10/24 10:12:39 AM EST (Read 12/10/24 10:12:39 AM EST)

David Estrakh (+15167655565)

11ish

12/10/24 10:12:47 AM EST (Delivered 12/10/24 10:12:47 AM EST)

Heads up that?

12/10/24 10:12:54 AM EST (Read 12/10/24 10:12:54 AM EST)

David Estrakh (+15167655565)

Ideally 4pm

12/10/24 10:13:03 AM EST (Delivered 12/10/24 10:13:03 AM EST)

Needs to be earlier

12/10/24 10:14:48 AM EST (Read 12/10/24 10:14:48 AM EST)

David Estrakh (+15167655565)

Heads up w updates - progress of LOI, deal structure, expected timeline
...

12/10/24 10:15:54 AM EST (Delivered 12/10/24 10:15:54 AM EST)

Drew is usually very responsive and I feel like he's not been responding to me is everything OK.

12/10/24 10:16:34 AM EST (Read 12/10/24 10:16:35 AM EST)

David Estrakh (+15167655565)

Today is his bday! I'm in Miami flying back tn

12/10/24 10:17:10 AM EST (Delivered 12/10/24 10:17:10 AM EST)

Is he on vacation

12/10/24 10:20:15 AM EST (Read 12/10/24 10:20:22 AM EST)

David Estrakh (+15167655565)

I don't think so.
I'm sure he'll reply.
I'm texting while still on the call

12/10/24 10:20:31 AM EST (Delivered 12/10/24 10:20:32 AM EST)

Ok thanks

Delivered

12/10/24 11:22:49 AM EST (Read 12/10/24 11:23:28 AM EST)

David Estrakh (+15167655565)

I'm on a call, call you right after

12/10/24 11:23:20 AM EST (Read 12/10/24 11:23:28 AM EST)

David Estrakh (+15167655565)

I'm sorry, but I won't be able to call for a couple of hours. It's my last day in Florida. I'm just trying to get through a lot of calls and emails and meeting family here before I leave. My flight is at 8:30.