OVED & OVED

ATTORNEYS

October 23, 2026

**VIA ECF**

Magistrate Judge Gary Stein
United States District Court
Southern District of New York
500 Pearl Street, Room 702
New York, NY 10007

Re: ***Flybar Inc. v. Express Trade Capital, Inc. et al.,***
***No. 1:25-cv-00618-VSB-GS (S.D.N.Y.)***

Dear Judge Stein:

Plaintiff Flybar Inc. and Defendants/Third-Party Plaintiffs Express Trade Capital Inc., Garantia LLC, Peter Stern, and Drew Cohen (together, the "Parties") submit this joint letter motion, with the consent of all Parties, to respectfully request an extension of the fact discovery deadline to December 30, 2026.

The fact discovery deadline is presently October 11, 2026. ECF No. 76. The Parties have made seven prior request for brief extensions of the fact discovery schedule, which the Court granted, and a conference before the Court is scheduled for Monday, October 26, 2026, at 11:00 a.m. ECF No. 86. The Parties have met and conferred in good faith, by telephone and in writing, on the discovery that remains. Through that process, with the exception of a few issues that the parties will address with the Court at the October 26, 2026 conference, they have narrowed several issues and continue to work cooperatively to complete discovery.

The requested extension will allow the Parties to complete the remaining work. This includes finalizing any outstanding document production issues, re-producing certain documents in conformity with the Parties' ESI Protocol, resolving questions concerning privilege logs, and completing party and non-party depositions.

All Parties consent to this request. The extension will not affect any other scheduled deadline. Accordingly, the Parties respectfully request that the Court extend the fact discovery deadline to December 30, 2026.

We thank the Court for its attention to this matter.

Respectfully submitted,

OVED & OVED LLP

By: */s/ Stephen Schweizer*
Stephen Schweizer, Esq.
*Attorneys for Plaintiff*
401 Greenwich Street
New York, New York 10013
(212) 226-2700
sschweizer@oved.com

LAMONICA HERBST &
MANISCALCO, LLP

By: */s/ Lon J. Seidman*
Lon J. Seidman, Esq.
*Attorneys for Defendants/Third-Party Plaintiffs*
3305 Jerusalem Avenue, Suite 201
Wantagh, New York 11793
(516) 826-6500
LS@lhmlawfirm.com